IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

TORRENCE A. JONES,

    Plaintiff,

v.

CAMDEN COUNTY SHERIFF'S
DEPARTMENT; Sgt. PALMER;
Master Sgt. MOSS, and
Officer WATSON,

    Defendants.

CIVIL ACTION NO.: CV207-107

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against the Camden County Sheriff's Department and Officer Watson are **DISMISSED**, pursuant to 28 U.S.C.A. §§ 1915 (e)(2)(B)(ii) and 1915A(b).

**SO ORDERED**, this 7th day of November, 2007.

                        JUDGE, UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF GEORGIA